ACCEPTED
03-17-00340-CV
21306795
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/14/2017 4:44 PM
JEFFREY D. KYLE
CLERK

## No. 03-17-00340-CV

In the Third Court of Appeals
Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/14/2017 4:44:49 PM
JEFFREY D. KYLE
Clerk

**CHARLES D. COLLIER,**
*Appellant*

**v.**

**RANDY MOE,**
*Appellee*

APPEAL FROM CAUSE NO. 13-0192-C26
26TH DISTRICT COURT OF WILLIAMSON COUNTY, TEXAS
HON. DONNA KING, PRESIDING

**UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF**

TO THE HONORABLE THIRD COURT OF APPEALS:

Appellee Randy Moe files this unopposed second motion requesting a 30-day extension of time for filing his brief in this appeal. Appellee respectfully shows:

1.    Appellee's brief is currently due on December 20, 2017.

2. Appellee requests a 30-day extension of time, or until January 19, 2018, for filing his brief. Appellee has requested one previous extension. And, Appellant Charles D. Collier does not oppose Appellee's requested extension.

3. The undersigned counsel is solely responsible for preparing Appellee's brief. Counsel needs additional time to review the record, conduct the necessary research, and prepare a brief that will assist the Court in resolving this appeal. Counsel is also leaving his current firm at the end of the month and establishing his own practice during the holiday season.

4. The demands of other cases have further made this motion necessary. Specifically, the undersigned has been occupied with or is managing conflicting deadlines for the following matters:

- Preparing a motion to dismiss to be filed in No. D-1-GN-07-002493 before the 419th Judicial District Court in Travis County, Texas, *Christopher Tovar d/b/a Tovar Construction Company and Bannum, Inc. v. Eugene Mees d/b/a Encore House*; and

- Preparing for argument and arguing a case in No. 17-40016 before the United States Court of Appeals for the Fifth Circuit, *Julia Ann Flores v. United States of America*.

5. This case has not been set for submission. Therefore, no unnecessary delay will result from the granting of this extension.

## CONCLUSION AND PRAYER

For these reasons, Appellee respectfully asks the Court to grant this unopposed motion for extension of time, thus making his brief due on January 19, 2018. Appellee requests all other appropriate relief to which he is entitled.

Respectfully submitted,

SMITH LAW GROUP LLLP

/s/ *Maitreya Tomlinson*
Maitreya Tomlinson
State Bar No. 24070751
1250 Capital of Texas Highway South
Three Cielo Center, Suite 601
Austin, TX 78746
(512) 439-3230
(800) 886-3076 (fax)
maitreya@appealsplus.com

*Appellate Counsel for Appellee*

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Appellant's lead counsel, Christopher D. Osborn. Appellant does not oppose the relief requested in this motion.

*/s/ Maitreya Tomlinson*
Maitreya Tomlinson

## CERTIFICATE OF SERVICE

On December 14, 2017, in compliance with Texas Rule of Appellate Procedure 9.5, I served a true and correct copy of the foregoing document by e-service, e-mail, facsimile, or mail to:

Christopher D. Osborn
OSBORN LAW FIRM, P.C.
1019 Cecelia Street
Taylor, Texas 76574
E-Mail: chris@osbornpc.com

*Counsel for Appellant*

/s/ *Maitreya Tomlinson*
Maitreya Tomlinson